**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO.: 17-cv-00012-HRW**

*ELECTRONICALLY FILED*

| | |
|---|---|
| JOSEPH ALMEIDA, by and through his Guardian, MARY ANN ALMEIDA | PLAINTIFF |

v.

| | |
|---|---|
| GGNSC VANCEBURG, LLC d/b/a GOLDEN LIVING CENTER – VANCEBURG; GPH VANCEBURG, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GGNSC CLINICAL SERVICES, LLC; GOLDEN GATE NATIONAL SENIOR CARE, LLC; GOLDEN GATE ANCILLARY, LLC; JOY DINGESS, in her capacity as Administrator of Golden Living Center – Vanceburg; and John Does 1 through 5, Unknown Defendants | DEFENDANTS |

**JOINT NOTICE OF SETTLEMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Comes now the Plaintiff, Joseph Almeida, by and through his Guardian, Mary Ann Almeida, and the Defendants, GGNSC Vanceburg, LLC d/b/a Golden Living Center – Vanceburg; GPH Vanceburg, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate National Senior Care, LLC; Golden Gate Ancillary, LLC; and Joy Dingess, in her capacity as Administrator of Golden Living Center – Vanceburg, hereby file this Notice of Settlement to advise the Court that the parties have reached an agreement to resolve this case and are still working to finalize paperwork and that we anticipate filing a dismissal by October 1, 2017. Once paperwork is finalized, the parties will notify this Court and file an appropriate Agreed Motion to Dismiss, with prejudice.

*Respectfully Submitted*,

**GARCIA, ARTIGLIERE, MEDBY & FAULKNER**

/s/ Perry L. Greer, III_____
Stephen M. Garcia
M. Brandon Faulkner
Perry L. Greer, III
444 East Main Street, Suite 108
Lexington, Kentucky 40507
Telephone:(502) 584-3805
Facsimile:(502) 584-3811
*Counsel for Plaintiff*


/s/ Nathaniel R. Kissel with permission\_\_\_\_
Donald L. Miller, II, Esq.
J. Peter Cassidy, III, Esq.
Nathaniel R. Kissel, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Suite 300
Lexington, KY 40509
*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additional certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 29th day of June, 2017, upon:

Donald L. Miller, II, Esq.
J. Peter Cassidy, III, Esq.
Nathaniel R. Kissel, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Suite 300
Lexington, KY 40509
*Counsel for Defendants*


/s/ Perry L. Greer, III_____
*Counsel for Plaintiff*