**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CASE NO.: 17-cv-00012-HRW

JOSEPH ALMEIDA, by and through his Guardian
MARY ANN ALMEIDA,                                                                       PLAINTIFF

v.

GGNSC VANCEBURG, LLC d/b/a
GOLDEN LIVINGCENTER-VANCEBURG;
GPH VANCEBURG, LLC;
GGNSC ADMINISTRATIVE SERVICES, LLC;
GGNSC CLINICAL SERVICES, LLC;
GOLDEN GATE NATIONAL SENIOR CARE, LLC;
GOLDEN GATE ANCILLARY, LLC;
JOY DINGESS, in her capacity as ADMINSTRATOR OF
GOLDEN LIVINGCENTER-VANCEBURG; and
JOHN DOES 1 THROUGH 5, UNKNOWN DEFENDANTS;                                              DEFENDANTS

* * * * * * * * * * *

## AGREED ORDER OF DISMISSAL

Plaintiff, Joseph Almeida, by and through his Guardian, Mary Ann Almeida, and Defendants, GGNSC Vanceburg, LLC d/b/a Golden LivingCenter-Vanceburg; GPH Vanceburg, LLC; GGNSC Administrative Services, LLC; GGNSC Clinical Services, LLC; Golden Gate National Senior Care, LLC; Golden Gate Ancillary, LLC; Joy Dingess, in her capacity as Administrator of Golden LivingCenter-Vanceburg; and John Does 1 through 5, Unknown Defendants, by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against the Defendants may be and the same is hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims among all the parties having been settled, with each party bearing their own costs and attorney's fees. There being no just cause for delay, this Order is final and appealable.

AGREED TO;
TO BE ENTERED:

/s/ J. Peter Cassidy, III
J. Peter Cassidy, III, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Ste. 300
Lexington, KY 40509
COUNSEL FOR DEFENDANTS

/s/ Stephen M. Garcia, Esq. – with permission
Stephen M. Garcia, Esq.
Garcia, Artigliere & Medby
444 E. Main St., Ste. 108
Lexington, KY 40507
COUNSEL FOR PLAINTIFF



Signed By:
_____ P. **Wilhoit, Jr.**
United States **District Judge**